Certificate Number: 14912-ILN-DE-034995948

Bankruptcy Case Number: 20-18847



14912-ILN-DE-034995948

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 19, 2020, at 1:35 o'clock AM EDT, William Youssef completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:  October 19, 2020            By:   /s/Jai Bhatt

                                   Name: Jai Bhatt

                                   Title: Counselor