Certificate Number: 14912-ILN-DE-034995949

Bankruptcy Case Number: 20-18847



14912-ILN-DE-034995949

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 19, 2020</u>, at <u>1:35</u> o'clock <u>AM EDT</u>, <u>Flwra Yusif</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:  <u>October 19, 2020</u>             By:    <u>/s/Jai Bhatt</u>

                                        Name:  <u>Jai Bhatt</u>

                                        Title: <u>Counselor</u>