## UNITED STATES BANRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>William Youssef<br>Flwra Yusif<br><br>Debtor(s). | Case No. 20-18847<br><br>Chapter 13<br><br>NOTICE OF SATISFACTION OF PROOF OF CLAIM #11-1 |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that U.S. Bank National Association is canceling the debt related to the Proof of Claim filed on November 14, 2020 and assigned as claim number 11-1 and considers the Proof of Claim as satisfied as of the date of this Notice. U.S. Bank National Association will be releasing the lien on the collateral, and any future disbursements on claim number 11-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Dated: July 20, 2021

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Matthew Tillma
Matthew Tillma
14841 Dallas Parkway, Suite 300
Dallas, TX  75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized agent for U.S. Bank National Association

**CERTIFICATE OF SERVICE OF SATISFACTION OF CLAIM**

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 20th day of July 2021 via electronic notice unlessotherwise stated:

**Debtor**　　　　*Via U.S. Mail*
William Youssef
1685 Buckingham Drive
Des Plaines, IL 60018

**Debtor**　　　　*Via U.S. Mail*
Flwra Yusif
1685 Buckingham Drive
Des Plaines, IL 60018

**Debtors' Attorney**
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL  60076

**Chapter 13 Trustee**
Marilyn O Marshall
224 South Michigan Ste 800
Chicago, Illinois 60604

                                         /s/ Matthew Tillma
                                         Matthew Tillma