B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re William Youssef, Flwra Yusif            ,            Case No. 20-18847

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Freedom Mortgage Corporation | AmeriHome Mortgage Company, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764
Phone: 855-690-5900
Last Four Digits of Acct #: 5073

Court Claim # (if known): 21-1
Amount of Claim: $267,409.53
Date Claim Filed: 12/16/2020

Phone: _____
Last Four Digits of Acct. #: 1382

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: */s/ ReShaundra M. Suggs*            Date: 08/24/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing Transfer of Claim was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail through CM/ECF on this date.

Date: 08/24/2021

WILLIAM YOUSSEF
1685 BUCKINGHAM DR
DES PLAINES, IL 60018-3600

FLWRA YUSIF
1685 BUCKINGHAM DR
DES PLAINES, IL 60018-3600

DAVID H CUTLER
CUTLER AND ASSOCIATES LTD
4131 MAIN ST
SKOKIE, IL 60076-2780

MARILYN O MARSHALL
224 S MICHIGAN AVE STE 800
CHICAGO, IL 60604-2503

Choice Legal Group, P.A.
P.O. Box 771270
Coral Springs, FL 33077
Telephone: (954) 453-0365/1-800-441-2438
Facsimile:  (954) 771-6052
ecfnotice@clegalgroup.com
By: */s/ ReShaundra M. Suggs*
ReShaundra M. Suggs